Daniel G. Shay (SBN 250548)
danielshay@tcpafdcpa.com
LAW OFFICE OF DANIEL G. SHAY
409 Camino Del Rio South, Suite 101B
San Diego, CA 92108
(619) 222-7429 Telephone
(866) 431-3292 Facsimile

Attorneys for Plaintiff
FLORENCE MORRIS

Jesse S. Johnson (*Pro Hac Vice*)
jjohnson@gdrlawfirm.com
GREENWALD DAVIDSON RADBIL PLLC
5550 Glades Road, Suite 500
Boca Raton, FL 33431
(561) 826-5477 Telephone
(561) 961-5684 Facsimile

Attorneys for Plaintiff
FLORENCE MORRIS

David J. Kaminski (SBN 128509)
kaminskid@cmtlaw.com
Martin Schannong (SBN 243297)
schannongm@cmtlaw.com
CARLSON & MESSER LLP
5959 W. Century Blvd., Suite 1214
Los Angeles, CA 90045
(310) 242-2200 Telephone
(310) 242-2222 Facsimile

Attorneys for Defendant
FIRST NATIONAL COLLECTION BUREAU, INC.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FLORENCE MORRIS, on behalf of herself and others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>FIRST NATIONAL COLLECTION BUREAU, INC.,<br><br>Defendant. | CASE NO. 3:16-CV-01139-BAS-JMA<br><br>**NOTICE OF SETTLEMENT** |

PLEASE TAKE NOTICE that this entire action has been settled. The parties anticipate that they will complete the settlement, and file a stipulation of dismissal, within 60 days from the date of this notice.

{00059292;1}                                     1

In light of the settlement, the parties respectfully request that the Court take off calendar all future hearing dates in this case.

DATED:  December 27, 2016    GREENWALD DAVIDSON RADBIL PLLC

By:    s/Jesse S. Johnson
Jesse S. Johnson (*Pro Hac Vice*)
Attorneys for Plaintiff
FLORENCE MORRIS

DATED:  December 27, 2016    CARLSON & MESSER LLP

By:    s/David J. Kaminski
David J. Kaminski
Martin Schannong
Attorneys for Defendant
FIRST NATIONAL COLLECTION BUREAU, INC.

## **SIGNATURE CERTIFICATION**

I hereby certify that the content of this document is acceptable to Plaintiff's counsel, and that I have obtained Plaintiff's counsel's authorization to affix his electronic signature to this document.

DATED: December 27, 2016    CARLSON & MESSER LLP

By:    s/David J. Kaminski
David J. Kaminski
Martin Schannong
Attorneys for Defendant
FIRST NATIONAL COLLECTION BUREAU, INC.

# CERTIFICATE OF SERVICE

I hereby certify that on December 27, 2016, a true and correct copy of the foregoing NOTICE OF SETTLEMENT was filed through the ECF system, which will send notification of such filing to the following e-mail addresses:

> danielshay@tcpafdcpa.com
> jjohnson@gdrlawfirm.com
> kaminskid@cmtlaw.com
> schannom@cmtlaw.com

DATED:  December 27, 2016    CARLSON & MESSER LLP

By:    s/David J. Kaminski
David J. Kaminski
Martin Schannong
Attorneys for Defendant
FIRST NATIONAL COLLECTION BUREAU, INC.