# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FLORENCE MORRIS,<br><br>                            Plaintiff,<br><br>   v.<br><br>FIRST NATIONAL COLLECTION BUREAU, INC.,<br><br>                          Defendant. | Case No. 16-cv-1139-BAS(JMA)<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS**<br><br>**[ECF No. 26]** |

Presently before the Court is the parties' joint motion to dismiss this action with prejudice as to Plaintiff's individual claims and without prejudice as to the class-action claims. Having reviewed the moving papers, and good cause appearing, the Court **GRANTS** the joint motion, and **DISMISSES WITH PREJUDICE** Plaintiff's individual claims and **DISMISSES WITHOUT PREJUDICE** the class-action claims. *See* Fed. R. Civ. P. 41(a). The parties shall bear their own costs and expenses.

      **IT IS SO ORDERED.**

**DATED:** February 23, 2017

Hon. Cynthia Bashant
United States District Judge